TAMARA W. ASHFORD
Acting Assistant Attorney General

GOUD P. MARAGANI (DCBN 989904)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2904
Fax: (202) 307-0054
E-mail: goud.p.maragani@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SU, | ) |
| | ) Civil Action No. |
| Plaintiff,, | ) |
| | ) UNITED STATES' NOTICE OF |
| v. | ) REMOVAL |
| | ) |
| MELINDA HAAG, United States Attorney, | ) (Removed from Superior Court of |
| MICHAEL PITTMAN, Assistant United States Attorney, | ) California, Sonoma County) |
| | ) |
| Defendants. | ) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

The United States of America ("United States"), by and through its undersigned counsel, hereby files this notice to remove this matter to the United States District Court for the Northern District of California under 28 U.S.C. §§ 1441, 1442(a)(1) and 1444. The grounds for removal are as follows:

1. On July 29, 2014, the pro se plaintiff filed, in the Superior Court of California (Sonoma County), this matter against Melinda Haag, the United States Attorney for the Northern

1                                                                                          Notice of Removal

1  District of California, and Michael Pittman, an Assistant United States Attorney in the U.S.
2  Attorney's Office for the Northern District of California.  Plaintiff also named the State of
3  California and Kamala Harris, the Attorney General of California, as real parties in interest.

4      2.    On July 29, 2014, the United States Attorney for the Northern District of
5  California received copies of five documents filed by the plaintiff in the state court matter,
6  including the summons, civil cover sheet, and a document titled: "This is an Expedited
7  Emergency Petition for the State of California to Act in the Capacity of Ex Rel by Invoking the
8  Attorney General to Immediately Intervene in the Federal Seizure of Petitioner's Private
9  Property, that was Secured to the Petitioner Under a Prenuptial Agreement and the Community
10 Property Laws of this State, that the Seizure of which were by Federal Employees for the
11 Purpose of Applying the Seized Property to Debt of a Third Party Taxpayer." *See* Exhibits 1 and
12 5.

13     3.    This action may be removed pursuant to 28 U.S.C. § 1441 because the Court has
14 original jurisdiction over this matter pursuant to 26 U.S.C. § 7402(a) as it involves a challenge to
15 a related action (*infra*, Paragraph 6) to levy plaintiff's property to collect on her outstanding tax
16 liability.  Furthermore, this Court has original jurisdiction over this lawsuit because it is a "civil
17 action against the United States for the recovery of any internal-revenue tax alleged to have been
18 erroneously or illegally assessed or collected . . . or any sum alleged to have been excessive or in
19 any manner wrongfully collected under the internal-revenue laws." 28 U.S.C. 1346(a)(1).  In
20 addition, this action may be removed pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil
21 action commenced in a state court against two officers of the United States in their official
22 capacities based on their efforts (*infra*, paragraph 6) to levy plaintiff's property to collect her
23 outstanding tax liabilities.  This action can also be removed under 28 U.S.C. § 1444 because

1  plaintiff seeks to quiet title to property, pursuant to 28 U.S.C. § 2410, that is the subject of the

2  related tax collection case cited in paragraph 6, below.

3     4.     In accordance with 28 U.S.C. § 1446(a), attached as Exhibits 1 through 5 are all

4  pleadings, motions, orders and other papers filed in this case in the Superior Court of California,

5  Sonoma County.

6     5.     By filing this notice, the United States does not waive any defenses listed in

7  Fed. R. Civ. P. 12.

8     6.     This action is related to *In the Matter of the Tax Indebtedness of: Robert, et al.*,

9  Case No. 14-mc-80086-VC (USDC N.D. Calif.).

10     WHEREFORE, notice is given that the above-captioned action now pending in the

11 Superior Court of California for Sonoma County, 2014 SCV 255827, has been removed to this

12 Honorable Court.

13                                        Respectfully submitted,

14                                        TAMARA W. ASHFORD
                                         Acting Assistant Attorney General

15

16

17                                        */s/ Goud P. Maragani*
                                         GOUD P. MARAGANI
                                         Trial Attorney, Tax Division

18                                          U.S. Department of Justice

19

20

21

22

23

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF REMOVAL has been made this 6th day of August, 2014, by placing a true and correct copy in the United States Mail, first class postage prepaid, addressed to the following:

Teresa Su
321 S. Main Street
#537
Sebastopol, CA 95472

Office of the Attorney General
455 Golden Gate
Suite 11000
San Francisco, CA 94102-7004

                                            */s/ Goud P. Maragani*
                                            GOUD P. MARAGANI
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice