1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10                      **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| TERESA SU, | Case No. 3:14-cv-03540 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| MELINDA HAAG, MICHAEL PITTMAN, | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Vince Chhabria to determine whether it is related to *In the Matter of the Tax Indebtedness of Robert Rowen, et al*, Case No. 3:14-mc-80086 VC.

IT IS SO ORDERED.

Date: August 11, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 3:14-cv-03540
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES