TAMARA W. ASHFORD
Acting Assistant Attorney General

GOUD P. MARAGANI (DCBN 989904)
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2904
Fax: (202) 307-0054
E-mail: goud.p.maragani@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SU, | )<br>) |
| Plaintiff, | )<br>) Civil Action No. 3:14-cv-03540<br>) |
| v. | )<br>) |
| MELINDA HAAG, United States Attorney, | ) ~~[proposed]~~ ORDER |
| MICHAEL PITTMAN, Assistant United States Attorney, | )<br>)<br>) |
| Defendants. | )<br>) |

After careful consideration of the Stipulation to Dismiss Melinda Haag, Michael Pittman and the United States filed by the plaintiff and the United States, IT IS HEREBY ORDERED that:

1. Melinda Haag (the United States Attorney for the Northern District of California) and Michael Pittman (an Assistant United States Attorney) are dismissed, in both their official and personal capacities, from this case with prejudice;

2. the United States is dismissed from this case with prejudice; and

3.     this case is remanded to the Superior Court of California (Sonoma County) for further proceedings.

DATED this 3rd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Vince Chhabria